THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARK ANTHONY CONSTANTINE, Appellant.— AULISI, J.

614

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by Aulisi, J.